JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS ROJO HERNANDEZ,<br>Plaintiff,<br>vs.<br>GRAPHIC PACKAGING INTERNATIONAL, LLC; and SHANE SMITH<br>Defendants. | **CASE NO. 8:26-cv-02961-DOC-JDE**<br>**Hon. David O. Carter**<br>[Removed from Orange County Superior Court Case No. 30-2026-01591527-CU-WT-CJC]<br>**ORDER GRANTING JOINT STIPULATION TO DISMISS TWELFTH THROUGH EIGHTEENTH CAUSES OF ACTION WITH PREJUDICE AND TO REMAND ACTION TO STATE COURT [16]** |

**ORDER**

The Court, having considered the Joint Stipulation of Plaintiff Jesus Rojo Hernandez and Defendants Graphic Packaging International, LLC (erroneously sued as Graphic Packaging International, Inc. and Graphic Packaging Holding Company) and Shane Smith, and good cause appearing therefor, hereby ORDERS as follows:

1. The Stipulation is APPROVED.
2. Plaintiff's Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, and Eighteenth Causes of Action are DISMISSED WITH PREJUDICE.
3. This action is REMANDED to the Superior Court of the State of California for the County of Orange, Case No. 30-2026-01591527-CU-WT-CJC. The Clerk shall send a certified copy of this Order to the Clerk of the Orange County Superior Court pursuant to 28 U.S.C. § 1447(c) and close this case.
4. The Parties waive fees and costs associated with the dismissal of the Twelfth through Eighteenth Causes of Action as well as in connection with the removal and/or remand of this matter, and Plaintiff waives any request for fees and costs under 28 U.S.C. § 1447(c).
5. No Party shall reference, mention, or offer evidence or argument regarding the dismissal of the Dismissed Claims at trial. Nothing in this paragraph shall limit or waive any Party's right to assert, or to rely on, the res judicata, claim-

preclusive, or retraxit effect of the dismissal with prejudice of the Dismissed Claims in any proceeding.

6. All pending dates and deadlines in this Court are VACATED.

**IT IS SO ORDERED.**

Dated: October 23, 2026

David O. Carter

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE